THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KMB AGRO-CHEMICALS, LLC, :
:
          **Plaintiff,** :
v. : 3:16-CV-02258
: (JUDGE MARIANI)
PLASTIC WORLD RECYCLING, INC., :
:
          **Defendant.** :

## ORDER

AND NOW, THIS 4th DAY OF JANUARY, 2017, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's "Motion to Dismiss Complaint, Motion for Preliminary Injunction and Request for Entry of Default for Failure to Comply with Federal Rule of Civil Procedure § 7.1" (Doc. 11) is **DEEMED WITHDRAWN.**

2. Defendant's Motion to Set Aside Default (Doc. 18) is **GRANTED.**

                                                Robert D. Mariani
                                                United States District Judge